IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Decade, S.A.C., LLC, et al., | ) | Bankruptcy Case No. 18-11668 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| DAVID W. CARICKHOFF, solely in his capacity as chapter 7 Trustee for the estates of DECADE S.A.C., LLC, et al., and XXIII CAPITAL LIMITED., | ) ) ) ) ) | Appeals from the Bankruptcy Court |
| | ) | C.A. No. 22-00290 (MN) |
| Appellants, | ) | C.A. No. 22-00291 (MN) (LEAD) |
| | ) | C.A. No. 22-00292 (MN) |
| v. | ) | |
| | ) | |
| AARON GOODWIN AND ERIC GOODWIN, | ) ) ) | |
| Appellees. | ) | |

**ORDER**

At Wilmington, this 26th day of April 2022;

WHEREAS, on April 8, 2022, Chief Magistrate Judge Mary Pat Thynge issued a Recommendation (D.I. 11) recommending that, pursuant to Paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. §636(b), this consolidated matter be referred to mediation, and, if possible, be mediated before The Honorable Brendan L. Shannon;

WHEREAS, no objections to the Recommendation were filed; and,

WHEREAS, the Court does not find the Recommendation to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED that the Recommendation is ADOPTED and this consolidated matter is REFERRED to mediation and, if possible, shall be mediated before

The Honorable Brendan L. Shannon.  The parties shall be responsible in making the arrangements for Judge Shannon's services and any expenses related thereto.

In addition, this mediation shall occur regardless of certain non-parties participation.  (*See* D.I. 11 at 4).

*/s/ Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Court Judge